IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUSAN L. SCOTT,

    Plaintiff,

v.

JOSEPH HOWELL and MARTIN
TRANSPORTATION SERVICES, INC.,

    Defendants.

Case No. 24-cv-685 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 12/11/2024        MONICA A. STUMP, Clerk of Court

                                        s/ Tina Gray, Deputy Clerk

**Approved:**    *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**